IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JANYS JENNINGS, | * | |
| Plaintiff, | * | |
| v. | * | CV 119-202 |
| MACY'S CORPORATE SERVICES, INC.; MACY'S RETAIL HOLDINGS, INC.; MACY'S.COM, LLC; MACY'S BACKSTAGE, INC.; and DEFENDANTS A, B, AND C, | * | |
| Defendants. | * | |

**O R D E R**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff and Defendants jointly move the Court for an order dismissing Defendants Macy's Corporate Services, Inc.; Macy's.com, LLC; and Macy's Backstage, Inc. Upon due consideration, the Court **GRANTS** the motion (Doc. 13). **IT IS HEREBY ORDERED** that Macy's Corporate Services, Inc.; Macy's.com, LLC; and Macy's Backstage, Inc. are **DISMISSED WITHOUT PREJUDICE**. The action shall proceed as to the remaining defendants.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of January, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
~~SOUTHE~~RN DISTRICT OF GEORGIA